# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SCOTT GASPARD LAW FIRM,
L.L.C.

NO.  2024 CW 1167

VERSUS

CATHERINE TOWNSEND WALTER

**FEBRUARY 24, 2025**

---

In Re:  Catherine Townsend Watler, applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 17-10711.

---

**BEFORE:  McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED.**

> PMc
> WIL
> KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT